BRITTON v. GABRIEL

No. 442

Case below: 2 N.C. App. 213.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 October 1968.

EATON v. KLOPMAN MILLS, INC.

No. 603

Case below: 2 N.C. App. 363.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 October 1968.

HUGHES v. HIGHWAY COMM. and OIL CO. v. HIGHWAY COMM. and EQUIPMENT, INC. v. HIGHWAY COMM.

No. 443

Case below: 2 N.C. App. 1.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 9 October 1968.

IN RE FILING BY FIRE INSURANCE RATING BUREAU

No. 525

Case below: 2 N.C. App. 10.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 9 October 1968.

LIENTHALL v. GLASS

No. 109

Case below: 2 N.C. App. 65.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 October 1968.

MOSS v. RAILWAY CO.

No. 527

Case below: 2 N.C. App. 50.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 October 1968.